DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELISSA FERNANDEZ,**
Appellant,

v.

**DOUGLAS A. MELDRUM** and **CATHERINE MELDRUM,**
Appellees.

No. 4D2023-0604

[July 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 502017CA009612.

John R. Sutton of Sutton Pomares Law Group PA, South Miami, for appellant.

Justin C. Carlin of The Carlin Law Firm, PLLC, Fort Lauderdale, for appellee Douglas A. Meldrum.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***